**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SEAN LAMOUNT MOTON** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-5014** |
| : | |
| **BRANDON HARRIS, ET AL** : | |

**ORDER**

This 29th day of October, 2020, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 21) is **GRANTED in part,** as follows: Plaintiff's First Amendment claims are dismissed without prejudice; in all other respects, Defendants' motion is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge